**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 20-1782**

———————

SULYAMAN ALISLAM WASALAAM,

Plaintiff - Appellant,

v.

ASHLEY WELLMAN; ATTORNEY GREGORY THOMPSON; OFFICE OF ADMINISTRATOR; COURT RECORDER,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  L. Patrick Auld, Magistrate Judge.  (1:19-cv-01214-WO-LPA)

———————

Submitted:  June 7, 2021                    Decided:  June 10, 2021

———————

Before AGEE and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Sulyaman Alislam Wasalaam, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sulyaman Wasalaam seeks to appeal the magistrate judge's report and recommendation in this action filed pursuant to 42 U.S.C. § 1983. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Wasalaam seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*